James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiffs
ERINN DAVIS and ARTHELLE PORTER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ERINN DAVIS, an individual, and ARTHELLE PORTER, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., dba EDP LEGAL SERVICES, INC.,  a California corporation; JACOBBI B. WILLIAMS, individually and in his official capacity; and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>_____/ | Case No. 3:14-cv-01935-KAW<br><br>STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER<br><br>Fed. R. Civ. P. 41(a)(1) |

   Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, ERINN DAVIS and ARTHELLE PORTER, and Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES, INC. and JACOBBI B. WILLIAMS, stipulate, and the Court hereby orders, as follows:

   1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiffs, ERINN DAVIS and ARTHELLE PORTER, against Defendants, ELECTRONIC DOCUMENT PROCESSING, INC. dba EDP LEGAL SERVICES, INC. and JACOBBI B. WILLIAMS in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

   2. Each party shall bear its own costs and attorney fees.

DATED: August 22, 2014            ____/s/ James A. Michel_____
                                  JAMES A. MICHEL
                                  Attorney for Plaintiffs
                                  ERINN DAVIS and
                                  ARTHELLE PORTER


DATED: September 3, 2014          ____/s/ Steven S. Nimoy_____
                                  STEVEN S. NIMOY
                                  Soltman, Levitt, Flaherty & Wattles LLP
                                  Attorneys for Defendants
                                  ELECTRONIC DOCUMENT
                                  PROCESSING, INC. dba EDP LEGAL
                                  SERVICES, INC. and JACOBBI B.
                                  WILLIAMS


THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.


DATED: ___9/4/14_____    _____Kandis Westmore_____
                                  HON. KANDIS A. WESTMORE
                                  UNITED STATES MAGISTRATE JUDGE